**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REDWOOD VILLA INTERFAITH HOUSING CORPORATION, a California non-profit public benefit corporation,<br><br>Plaintiff/Counter-Defendant,<br><br>v.<br><br>NATIONWIDE AFFORDABLE HOUSING FUND 33, LLC, an Ohio limited liability company, and SCDC, LLC, an Ohio limited liability company,<br><br>Defendants/Counterclaimants,<br><br>and<br><br>REDWOOD VILLA SENIOR HOUSING PARTNERS, L.P., a California limited partnership,<br><br>Nominal Defendant. | Case No.: 3:24-cv-233-AJB-JLB<br><br>**ORDER:**<br><br>**(1) GRANTING JOINT MOTION TO CONTINUE HEARING ON CROSS MOTIONS FOR SUMMARY JUDGMENT, MOTION TO EXCLUDE, AND MOTION TO SEAL; AND**<br><br>**(2) VACATING FINAL PRETRIAL CONFERENCE DATE AND RELATED DEADLINES.**<br><br>**(Doc. No. 83)** |

//
//

On June 25, 2025, the parties filed a joint motion to continue the July 24, 2025 hearing on the Cross-Motions for Summary Judgment (Doc. Nos. 58, 60), Motion to Exclude Expert (Doc. No. 61), and Motion to Seal (Doc. No. 56) pending before the Court. Having considered the joint motion and the attached declaration attesting to a schedule conflict for Plaintiff's lead counsel, the Court finds good cause to continue the hearing.

Accordingly, the Court **GRANTS** the motion and hereby reschedules the motion hearing to September 18, 2025 at 2:00 p.m. Additionally, the Court **VACATES** the September 11, 2025 Final Pretrial Conference and related deadlines and will reset such dates after ruling on the pending motions.

**IT IS SO ORDERED**.

Dated: June 25, 2025

Hon. Anthony J. Battaglia
United States District Judge