|     |     |
| --- | --- |
| 1   |     |
| 2   |     |
| ... | ... |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REDWOOD VILLA INTERFAITH HOUSING CORPORATION, a California non-profit public benefit corporation,<br><br>    Plaintiff/Counter-Defendant,<br><br>v.<br><br>NATIONWIDE AFFORDABLE HOUSING FUND 33, LLC, an Ohio limited liability company, and SCDC, LLC, an Ohio limited liability company,<br><br>    Defendants/Counterclaimants,<br><br>and<br><br>REDWOOD VILLA SENIOR HOUSING PARTNERS, L.P., a California limited partnership,<br><br>    Nominal Defendant. | Case No.: 3:24-cv-233-AJB-JLB<br><br>**ORDER:**<br><br>**(1) GRANTING PLAINTIFF'S MOTION TO TEMPORARILY SEAL DOCUMENTS FILED IN CONNECTION WITH THE PENDING MOTIONS FOR SUMMARY JUDGMENT AND**<br><br>**(2) DIRECTING DEFENDANTS TO SHOW CAUSE WHY THE DOCUMENTS SHOULD REMAIN UNDER SEAL**<br><br>**(Doc. No. 56)** |

//
//

On February 6, 2025, Plaintiff/Counter-Defendant Redwood Village Interfaith Housing Corporation ("Redwood") filed a motion to temporarily seal certain documents and testimony currently designated as "confidential" under a protective order, and which have since been filed in support of the pending summary judgment motions. (Doc. No. 56.) Redwood and Defendants/Counterclaimants Nationwide Affordable Housing Fund 33, LLC, and SCDC, LLC ("Defendants") have conferred regarding the confidentiality of the documents. Redwood opposes permanent sealing of the documents but has filed the instant motion to temporarily seal in accordance with court procedures. (*Id.* at 4–5.) According to Redwood, Defendants maintain that the documents should be permanently sealed. (*Id.* at 5.) On February 10, 2025, the Court set a briefing schedule on the motion, directing that Responses be filed by February 21, 2025, and Replies by February 28, 2025. (Doc. No. 63.) Defendants have not filed an opposition or otherwise responded to this motion, and the time to do so has passed. In the interest of justice, the Court affords Defendants one final opportunity to establish compelling reasons to permanently seal the documents and testimony at issue. Accordingly, the Court **HEREBY ORDERS**:

- Redwood's motion to temporarily seal is **GRANTED**. (Doc. No. 56.)
- Defendants are **ORDERED** to respond and show cause in writing, and with specificity, why each provisionally sealed document and testimony should be permanently sealed. Defendants must file their response no later than July 7, 2025. Failure to timely file will constitute abandonment and result in lifting of the temporarily seal.
- If applicable, Redwood's reply to Defendant's opposition must be filed no later than July 14, 2025.

**IT IS SO ORDERED**.

Dated: July 1, 2025

Hon. Anthony J. Battaglia
United States District Judge