UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REDWOOD VILLA INTERFAITH HOUSING CORPORATION,<br><br>            Plaintiff/Counter-Defendant,<br><br>v.<br><br>NATIONWIDE AFFORDABLE HOUSING FUND 33, LLC, et al.,<br><br>            Defendants/Counterclaimants. | Case No.: 24-cv-00233-AJB-JLB<br><br>**ORDER DIRECTING CLERK OF COURT TO PUBLICLY FILE DOCUMENTS** |

On February 6, 2025, Plaintiff/Counter-Defendant Redwood Village Interfaith Housing Corporation ("Plaintiff") submitted an Application for Leave to Temporarily File Under Seal Documents & Testimony that Defendants Designated Confidential and Request for Final Determination. (Doc. No. 56.) In response, Defendants/Counterclaimants Nationwide Affordable Housing Fund 33, LLC, and SCDC, LLC (collectively, "Defendants") maintained that the documents and testimony (collectively, the "Documents") should be permanently sealed. (Doc. No. 66.) Plaintiff opposed permanent sealing. (Doc No. 56 at 2–3; *see also* Doc. No. 67.)

On August 7, 2025, the Court denied without prejudice Defendants' request to keep the Documents permanently sealed because Defendants had not demonstrated "compelling

1  reasons" to justify the request. (Doc. No. 87 at 5 (quoting *Kamakana v. City and Cnty. of*
2  *Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006)).) The Court permitted Defendants to file
3  a renewed motion to seal no later than August 14, 2025. (*Id.*) The Court explained that, if
4  no renewed motion were timely filed, the Court would instruct the Clerk of Court to file
5  the unredacted Documents on the docket. (*Id.*)

6      No renewed motion has been filed to date. Accordingly, the Court directs the Clerk
7  to publicly file the unredacted Documents (currently lodged at Doc. No. 57) on the docket.
8  The Court further directs the Clerk to publicly file the related unredacted submissions
9  (currently lodged at Doc. Nos. 59, 71, and 73) on the docket as well.

10      **IT IS SO ORDERED.**
11  Dated: August 21, 2025

Hon. Anthony J. Battaglia
United States District Judge