UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REDWOOD INTERFAITH HOUSING CORPORATION,<br><br>        Plaintiff/Counter-Defendant,<br><br>v.<br><br>NATIONWIDE AFFORDABLE HOUSING FUND 33, LLC, et al.,<br><br>        Defendants/Counterclaimants. | Case No.:  24-cv-00233-AJB-JLB<br><br>**ORDER REQUESTING SUPPLEMENTAL BRIEFING**<br><br>**(Doc. Nos. 58, 60)** |

Before the Court are the Parties' cross-motions for summary judgment. (Doc. Nos. 58; 60.) In considering the motions, the Court requests that the Parties submit supplemental briefing on the following issues:

    1.    Whether the Court has diversity jurisdiction of this matter, particularly in light of the decisions in *King Plaza, LLC v. Allian Tax Credit Fund 40, Ltd.*, 742 F. Supp. 3d 453 (D.N.J. 2024); *Wesley Housing Development Corporation of Northern Virginia v. SunAmerica Housing Fund 1171*, 577 F. Supp. 3d 448 (E.D. Va. 2021); and *Beneficial Pines at Warrington, LLC v. MG GTC Middle Tier II, LLC*, No. 8:22-cv-1351-SDM-CPT, 2022 WL 17495881 (M.D. Fl. Dec. 8, 2022).

2. Whether the Court has federal question jurisdiction of this matter, particularly in light of the decision in *Riseboro Community Partnership Inc. v. SunAmerica Housing Fund No. 682*, 401 F. Supp. 3d 367 (E.D.N.Y. 2019).

**IT IS HEREBY ORDERED that**:

1. On or before **September 29, 2025**, the Parties must each file a supplemental brief, **not to exceed five pages**, addressing the above-identified issues.

2. On or before **October 6, 2025**, the Parties may each file a supplemental response brief, **not to exceed three pages**.

3. Replies will not be accepted.

4. The Parties must appear before the undersigned to present argument on the above-identified issues on **October 16, 2025, at 2:00 PM**, in Courtroom 4A.

In light of the need for supplemental briefing, the Court **VACATES** the motions hearings currently scheduled for October 2, 2025, at 2:00 PM.

**IT IS SO ORDERED.**

Dated: September 15, 2025

Hon. Anthony J. Battaglia
United States District Judge